

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00203-CV

Timothy Dewayne **OFFORD**,
Appellant

v.

Joe L. **CUELLAR** Sr., Matilda Cuellar, and Joe Louis Cuellar Jr.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI03352
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  June 4, 2014

DISMISSED

When Timothy D. Offord filed this appeal, he was required to pay a $195.00 filing fee. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT AND THE COURTS OF APPEALS AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013).  Because Offord did not pay the filing fee, the clerk of this court notified him by letter dated March 26, 2014, that his notice of appeal was conditionally filed and the filing fee was due no later than April 9, 2014.

In addition, the trial court clerk filed a notification of late record, stating that the clerk's record, which was due May 5, had not been filed because Offord had not paid or made arrangements to pay the clerk's fee to prepare the record and is not entitled to the record without paying the fee.

On May 9, 2014, we therefore ordered Offord to either (1) provide written proof to this court that he is indigent or otherwise excused from prepaying fees and costs or (2) pay the appellate filing fee and provide written proof that he has paid or made arrangements to pay the clerk's fee for preparing the record. Our order advised Offord that if he failed to file a satisfactory response to our order by May 19, 2014, his appeal would be dismissed. *See* TEX. R. APP. P. 37.3(b); 42.3(c). Offord has not paid the appellate filing fee or filed any response to our May 9, 2014 order.

We therefore dismiss this appeal for want of prosecution.

PER CURIAM